**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| SUSAN J. RAPP, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:13-cv-51 |
| | § | |
| MAXIM HEALTHCARE SERVICES, INC., | § | |
| *Defendant.* | § | |

# FINAL JUDGMENT

This final judgment is entered pursuant to Fed. R. Civ. P. 58 and the court's Memorandum Opinion and Order Granting Defendant's Motion for Summary Judgment, signed on September 30, 2014. In accordance with the rulings set forth in that order, it is hereby **ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE** at Plaintiff's cost and Plaintiff shall take nothing from Defendant.

IT IS SO ORDERED.

**SIGNED this the 30th day of September, 2014.**

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE